**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRACY LYNN SCHNEIDER,

                        Plaintiff,

       -against-                                  25 **CIVIL** 3595 (LLS)

                                                **JUDGMENT**

RICHARD CHIPMAN; LEONARD TIERNEY;
COAST TO COAST STAFFING LLC;
STAFFINVEST HOLDING LLC; MADISON
RESOURCES FUNDING LLC; NESC STAFFING
CORP.; NESC STAFFING LLC; PARTNERS
PERSONNEL MANAGEMENT; OTHERS,

                        Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 10, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii). The Court has denied Plaintiff's application for Court to request *pro bono* counsel without prejudice to renewal at a later time. (ECF 2.); accordingly, the case is closed.

**Dated:**  New York, New York

         December 22, 2025

                                           **TAMMI M. HELLWIG**
                                  _____
                                        **Clerk of Court**

         **BY:**                      K. mango
                                    _____
                                        **Deputy Clerk**